UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL LUCIDO, <br><br>                    Plaintiff(s), <br><br> v. <br><br> U.S. LEGAL SUPPORT, INC., et al, <br><br>                    Defendant(s). | 23-CV-1389 (DEH) <br><br> **NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. The in-person pretrial conference currently scheduled for January 26, 2024, at 10:00 a.m. will now take place remotely on Microsoft Teams on **January 25, 2024, at 11:30 a.m. (E.T.)**. The parties shall dial 646-453-4442, then enter 852 904 767, followed by the pound (#) sign. Unless and until the Court orders otherwise, all other prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: October 24, 2023
        New York, New York

                                                              _____
                                                              DALE E. HO
                                                              United States District Judge